**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joseph R. Westwood                        CHAPTER 7
        Sharon M. Westwood
                Debtor(s)                             BKY. NO. 21-13362 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

        Kindly enter my appearance on behalf of VILLAGE CAPITAL & INVESTMENT LLC and index same on the master mailing list.

                                          Respectfully submitted,

                                   /s/ *Rebecca Solarz*
                                   Rebecca Solarz
                                   02 Feb 2022, 15:07:53, EST

                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322