United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 21-13362-elf |
|---|---|
| Joseph R. Westwood | Chapter 7 |
| Sharon M. Westwood | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 15, 2022 | Form ID: 318 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph R. Westwood, Sharon M. Westwood, 408 W. Village Lane, Chadds Ford, PA 19317-7321 |
| 14658199 | + | CAB East LLC/Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 14657335 | + | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14657339 | #+ | Village Capital & Investments, Llc, Attn: Bankruptcy, 2863 St Rose Parkway, Henderson, NV 89052-4806 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 15 2022 23:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Apr 16 2022 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2022 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 15 2022 23:29:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14657327 | | EDI: BANKAMER.COM | Apr 16 2022 03:33:00 | Bank of America, Attn: Bankruptcy, P.O. Box 982234, El Paso, TX 79998 |
| 14657328 | + | EDI: CAPITALONE.COM | Apr 16 2022 03:33:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14657330 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 15 2022 23:29:00 | Citadel Federal Credit Union, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14657331 | + | EDI: CITICORP.COM | Apr 16 2022 03:33:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14657332 | + | EDI: CITICORP.COM | Apr 16 2022 03:33:00 | Costco Anywhere Visa Card, Attn: Bankruptcy, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14657333 | + | Email/Text: bbagley@enerbankusa.com | Apr 15 2022 23:29:00 | EnerBankUSA, 1245 Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 14657334 | + | Email/Text: bankruptcy@greenskycredit.com | Apr 15 2022 23:29:00 | Greensky LLC, Attn: Bankruptcy, 1797 Northeast Expy NE, Suite 100, Atlanta, GA 30329-2451 |
| 14657329 | | EDI: JPMORGANCHASE | Apr 16 2022 03:33:00 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 14657336 | + | EDI: FORD.COM | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 15, 2022 | Form ID: 318 | Total Noticed: 19 |

| | | Apr 16 2022 03:33:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
|---|---|---|---|
| 14657337 | + EDI: FORD.COM | | |
| | | Apr 16 2022 03:33:00 | Lincoln Automotive Financial, Attn: Bankrutcy, P.O. Box 54200, Omaha, NE 68154-8000 |
| 14657338 | + EDI: RMSC.COM | | |
| | | Apr 16 2022 03:33:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14657340 | + EDI: WFFC.COM | | |
| | | Apr 16 2022 03:33:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14657326 | | 21-13362 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2022          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| HOWARD GERSHMAN | on behalf of Creditor CAB East LLC/Ford Motor Credit Company LLC hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |
| REBECCA ANN SOLARZ | on behalf of Creditor Village Capital & Investment LLC bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| ROBERT J. LOHR, II | on behalf of Joint Debtor Sharon M. Westwood bob@lohrandassociates.com leslie@lohrandassociates.com;r59687@notify.bestcase.com |
| ROBERT J. LOHR, II | on behalf of Debtor Joseph R. Westwood bob@lohrandassociates.com leslie@lohrandassociates.com;r59687@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | Joseph R. Westwood | Social Security number or ITIN  xxx–xx–1555 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Sharon M. Westwood | Social Security number or ITIN  xxx–xx–7016 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   21–13362–elf

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph R. Westwood

Sharon M. Westwood

<u>4/14/22</u>

**By the court:** <u>Eric L. Frank</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---